## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF/RESPONDENT**

**V.**                          **CASE NOS. 5:12-CR-50074-001**
                                **5:14-CV-5099**

**BRETT MADDOX**                                          **DEFENDANT/PETITIONER**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 44) filed in this case on March 5, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant/Petitioner's *pro se* "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Doc. 36) and his Motion for Summary Judgment (Doc. 42) are both **DENIED**. The § 2255 Petition is therefore **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this __13th__ day of April, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE