## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                    CASE NO. 5:12-CR-50074-001

BRETT MADDOX                    DEFENDANT/PETITIONER

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 58) filed in this case on April 5, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 58) is **ADOPTED IN ITS ENTIRETY**, and Petitioner's Motion for Relief Under 28 U.S.C. § 2255 (Doc. 52) is **DENIED and DISMISSED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 27th day of April, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE